# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142046(65)

STATE FARM MUTUAL INSURANCE
COMPANY,
         Plaintiff-Appellee,

v

                                       SC: 142046
                                       COA: 289230
                                       Oakland CC: 2007-087673-NF

BROE REHABILITATION SERVICES, INC.,
         Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's March 29, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

_____
Clerk

d0718